# Supreme Court of the United States
# Office of the Clerk
# Washington, DC  20543-0001

Scott S. Harris
Clerk of the Court
(202) 479-3011

September 26, 2013

Clerk
United States Court of Appeals for the Eleventh
Circuit
56 Forsyth Street, N.W.
Atlanta, GA  30303

      Re:  Leighton Martin Curtis
            v. United States
           No. 13-6572
           (Your No. 12-10864)

Dear Clerk:

      The petition for a writ of certiorari in the above entitled case was filed on September 19, 2013 and placed on the docket September 26, 2013 as No. 13-6572.

Sincerely,

**Scott S. Harris**, Clerk

by

Melissa Blalock
Case Analyst